```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                                )
HEATHER DYSE,                   )
Individually and on behalf of   )
Others similarly situated,      )
            Plaintiff           )
                                )
v.                              )     Civil Action No. 19-10704-PBS
                                )
HEALTHALL CONSULTING, LLC       )
            Defendant           )
_____)


**ORDER**

December 6, 2019

The Court, having considered Plaintiff's Emergency Motion for Protective Order, and finding good cause therefor, hereby **GRANTS** the Motion and orders as follows:

Defendant HealthAll, and all of its agents or attorneys are hereby prohibited from requiring consultants to sign the addendum to the contractor/consultant services agreement or having any communications with potential collective action members to prohibit or dissuade potential collective action members from joining this action. After conferring with counsel, HealthAll shall send a written notice to all employees who received the addendum that it will thereby not be enforced and no one will be retaliated against for asserting legal claims

pertaining to wages and hours under the Fair Labor Standards Act or state law.

SO ORDERED.

                                               /s/ Hon. Patti B. Saris  
                                               Honorable Patti B. Saris  
                                               Chief Judge