UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEATHER DYSE,<br>individually and on behalf of all others<br>similarly situated,<br>                Plaintiff,<br><br>v.<br><br>HEALTHALL CONSULTING, LLC<br><br>                Defendant. | CA No. 1:19-cv-10704-PBS |

## ORDER

The Court, having considered Plaintiff's Unopposed Motion for Approval of FLSA Settlement Agreement, and finding good cause therefor, hereby Grants the Motion and orders as follows:

1. The Parties' FLSA Collective Action Settlement Agreement is hereby approved as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

2. The following Settlement Collective is certified pursuant to 29 U.S.C. § 216(b), for settlement purposes only:

    Plaintiff and the Opt-In Plaintiffs (i.e., individuals who as of May 21, 2020 have filed an Opt-In Consent Form with the Court in Dyse v. HealthAll, LLC, No. 1:19-cv-10704 (D. Mass.)) (the "Settlement Collective").

3. The Gross Settlement Amount of $195,000.00 is hereby approved in resolution of this action.

4. The proposed service award in the amount of $5,000.00, to be paid from the Gross Settlement Amount, to Plaintiff Heather Dyse for her service to the Settlement Collective is hereby approved.

5. Plaintiff's unopposed request for attorneys' fees, in the amount of $65,000.00 and out-of-pocket costs and expenses, not to exceed $1,550.00, both of which are to be paid from the Gross Settlement Amount, is hereby approved.

6. This action is hereby dismissed with prejudice.

7. The Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiff, and the Settlement Collective for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

IT IS SO ORDERED.

 8/27/2020                                             /s/ PATTI B. SARIS
_____                          _____
Date                                                          Hon. Patti B. Saris